**INDEX OF EXHIBITS**

| Exhibit | Description |
|---|---|
| Exhibit A | 2020 Franchise Agreement |
| Exhibit B | 2022 Franchise Agreement |
| Exhibit C | Notice of Default |
| Exhibit D | Termination Notice |
| Exhibit E | Nevada State Contractors Board License Details |
| Exhibit F | Cease and Desist Notice |