# EXHIBIT C
# Notice of Default



November 11, 2025

**Via FedEx (Signature Required)**
**USPS Priority Express Mail and Email to:**

Daniel Ferguson
T and N Construction LLC
43 Avenida Arenas
Henderson, Nevada 89074
fdaniel314@aol.com
daniel.ferguson@mistersparky.com

> RE:  **Notice of Default**
> **MS0234 – Franchise Agreement Dated: December 10, 2020**
> **MS0260 – Franchise Agreement Dated: January 13, 2022**

Dear Daniel:

You are hereby notified that you are in default of the above-identified Franchise Agreements (the "**Franchise Agreements**") between T and N Construction LLC ("**you**" or "**Franchisee**") and Mister Sparky Franchising SPE LLC ("**Franchisor**" or "**we**"). The defaults of the Franchise Agreements are as follows:

1. *Failure to use Required Software.* Franchisee has failed to adopt and utilize Franchisor's designated software, currently, ServiceTitan. As described in Section 6.7and Section 6.10 of the Franchise Agreements, Franchisor has the right to (a) specify the CRM system and other technology and software products and systems for use in the Franchised Business, (b) require you to use designated technology and other products and services that meet specifications that we establish from time to time, and (c) require that such software and technology systems only be purchased only from vendors that we have expressly approved. Although you have been given notice and ample opportunity to adopt the ServiceTitan software platform, you have continued to use an unapproved software platform in the Franchised Business in violation of the Franchise Agreements.

2. *Failure to Meet Brand Standards; Franchised Business Operated from Home Office.* As part of the  Brand Standards, Franchisees are strictly prohibited from operating the Franchised Business from a home office and are required to either purchase or lease an office space to operate the Franchised Business from. Additionally, in signing the Franchise Agreements, Franchisee acknowledged it would be a violation of Section 6.13 to not have an approved location within three (3) months of signing the Franchise Agreements. Your failure to acquire an approved office space to be designated as the Approved Location and continuing to operate your Franchised Business is a default of the Franchise Agreements, including but not limited to Section 6.1 and Section 6.13.

Ex. C - 1

This is a formal notice of default under the Franchise Agreements (the "**Notice**"). To cure the defaults under the Franchise Agreements, you are required to:

1. ***Adopt the Designated Software, ServiceTitan.*** Franchisee must adopt and utilize ServiceTitan within 10 (ten) days of the date of this Notice.

2. ***Acquire an Approved Location.*** Franchisee must acquire an approved office space to serve as the Approved Location of Franchised Business and provide Franchisor with evidence of the lease or purchase of such space within 10 (ten) days of the date of this Notice.

Please be advised that, as a courtesy, we have provided you with time to cure the above-identified defaults. We have the right to terminate the Franchise Agreements without a cure period as set forth in 16.1.1. Franchisee must cure the defaults in full within the time provided above, or Franchisor, at its option, may terminate the Franchise Agreements on account of the uncured defaults, and Franchisor may exercise any and all rights under the Franchise Agreement and at law related to such default and termination.

In the event the Franchise Agreements are terminated as described above, you will be required to comply with all of your obligations as provided in Section 17 of the Franchise Agreements (including, without limitation, a complete de-branding and ceased use of any franchise materials), compliance with which will be strictly enforced. Franchisor does not waive any rights under the Franchise Agreements and applicable law, including in equity, all of which are expressly reserved, including, without limitation, its right to (a) collect any amounts due and owing by you to Franchisor, or Franchisor's affiliates and subsidiaries; (b) recover liquidated damages in the amount of $200,000 ($100,000 per Franchise Agreement), and (c) recover other damages.

**This Notice is not intended to identify all of Franchisee's defaults under the Franchise Agreements. Franchisor reserves all rights related to such other defaults.**

Please feel free to contact Lance Sinclair, President, if you have any questions at 713-491-6619 or via email at lance.sinclair@authoritybrands.co or Michael Green, Chief Operating Officer, at 804-510-0051 or via email at michael.green@authoritybrands.co.

Thank you for your prompt attention to this very serious and time-sensitive matter.

Sincerely,

DocuSigned by:

*Lani Binnie*

0BB9D1E272FF430...

Lani Binnie
*Assistant General Counsel*

cc:  Lance Sinclair, President
     Michael Green, Chief Operating Officer
     Ashley Mitchell, Compliance Manager