# EXHIBIT D
# Termination Notice



February 13, 2026

**Via FedEx and Email to:**

Daniel Ferguson
T and N Construction LLC
43 Avenida Arenas
Henderson, Nevada 89074
fdaniel314@aol.com
daniel.ferguson@mistersparky.com

> **Re:**     **<u>Notice of Termination</u>**
> **MS0234 – Dated: December 10, 2020**
> **MS0260 – Dated: January 13, 2022**

Dear Daniel:

You have not cured your defaults under the Notices of Default you received dated November 11, 2025, in connection with your obligations under that certain franchise agreements dated December 10, 2020, and January 13, 2022 (collectively, the "**Franchise Agreements**") between Mister Sparky Franchising SPE LLC ("**MSE**" or "**Franchisor**") and T and N Construction LLC ("**Franchisee**" or "**you**"). Consequently, your rights under the Franchise Agreements are hereby terminated effective immediately. Capitalized terms used but not defined in this Default Notice shall have the meaning assigned to them in the Franchise Agreements.

MSE demands that you **immediately** take such actions as are necessary to comply with the post-termination obligations set forth in the Franchise Agreements, including but not limited to ceasing to use any of MSE's Marks and Confidential Information; ceasing to use and destroying all copies of MSE's operating manual, training materials, and all other information proprietary to MSE; returning to MSE or destroying all signs, marketing materials, forms, and any other materials bearing any of MSE's Marks, or otherwise identified with MSE; cancelling and assigning all telephone numbers associated with your MSE franchised business; complying with the post-termination covenant not to compete (as further described below); and paying all sums owed to MSE.

You are required to pay all amounts due to Franchisor in accordance with the terms of the Franchise Agreements. In accordance with Section 16.8 of the Franchise Agreements, you are required to pay Franchisor $200,000.00 as liquidated damages due to the early termination of your Franchise Agreements based on your default.

> **<u>Therefore, please remit payment in the amount of $200,000.00  to Franchisor within ten (10) days of the date of this letter.</u>**

**7120 Samuel Morse Drive,**
**Suite 300,**
**Columbia, MD 21046**

**MISTERSPARKY.COM**

**PHONE: 410-740-1900**
**FAX: 410-740-1906**

Ex. D - 1

Nothing in this Notice of Termination constitutes a waiver by Franchisor of any of its rights under the Franchise Agreements, at law, and in equity to enforce its rights under the Franchise Agreements, all of which are expressly reserved.

You are advised that if you contest the claimed defaults and contend the termination is not justified, Franchisor will not enforce the termination by itself. Instead, it will submit the matter to a court to determine which party is right, and will seek judicial enforcement of the termination, including, but not limited to, injunctive relief requiring you to cease using Franchisor's proprietary marks and to comply with your post-termination obligations, as well as damages, attorneys' fees, costs, and interest. If it should be determined that there are no grounds for the termination of the Franchise Agreements, then Franchisor will consider this Notice to be void. All amounts paid and to be paid by you while in possession of the premises and operating under Franchisor's trademarks may be accepted by Franchisor without waiver of its rights and claims, including the right to terminate the Franchise Agreements. Franchisor reserves all of its post-termination rights until it receives a court order enforcing this Notice. Nothing in this Notice constitutes acquiescence by Franchisor in your continued use of its proprietary marks.

Conversely, if at any time it is your position that the termination is valid and enforceable, please advise me immediately, in writing, so that we can take the appropriate legal steps to completely end the relationship.

Please note that several provisions of the Franchise Agreements survive the expiration or termination and shall continue in full force and effect, including but not limited to the indemnification provisions set forth in Section 20. You are also responsible for reviewing and complying with all of your post-termination obligations as set forth in Section 17, which encompasses the post-termination restrictions on competition set forth in Section 14.2.1 of the Franchise Agreements, in which you agreed that for a period of two years after termination you will not:

Own, maintain, operate, engage in, invest in, be employed by, provide assistance to, or have any interest in any Competing Business that is located in or serves customers within (i) the Territory, (ii) forty (40) miles of the Territory, (iii) any zip code where Franchisee's Franchised Business served customers during the term, (iv) the territory of any other then-existing Franchised Businesses plus the area formed by extending the boundaries of that territory ten (10) miles in all directions, or (v) the territory serviced by any business operated by Franchisor, its affiliates or their licensees under the Marks at such time plus the area formed by extending the boundaries of that territory ten (10) miles in all directions; or 14.2.2 Appropriate or duplicate any part of the System for a purpose other than to operate a Franchised Business under a valid agreement with us, or divert or attempt to divert any present or prospective business or customer to any Competing Business, or do anything else harmful to the goodwill associated with the Marks and the System.

For the avoidance of doubt, the termination of your Franchise Agreements is the date of this letter. Please review your Franchise Agreements for additional information on these provisions and your continuing obligations.

Please ensure prompt compliance with all termination obligations under the Franchise Agreements, to the extent that you have not already done so, and in particular, as to de-branding and return of all System materials. Franchisor takes termination compliance seriously and will enforce its rights.

Should you have any questions about this Notice of Termination, please do not hesitate to contact Michael Green, Chief Operating Officer at michael.green@authoritybrands.co or 804-510-0051.

Sincerely,

DocuSigned by:

*Lani Binnie*

0BB9D1E272FF430...

Lani Binnie
*Assistant General Counsel*

cc:  Michael Green, Chief Operating Officer
      Steve Clemente, President & COO, Trades Brands
      Dan Mock, Vice President of Operations
      Ashley Mitchell, Compliance Manager

**7120 Samuel Morse Drive,
Suite 300,
Columbia, MD 21046**

**MISTERSPARKY.COM**

**PHONE: 410-740-1900
FAX: 410-740-1906**

Ex. D - 3