# EXHIBIT E
# Nevada State Contractors Board License Details

**nevada** ™ ©
state contractors board

**Measure up...use licensed contractors.**

(http://www.nscb.nv.gov/)

# License Details

|  |  |  |  |
|---|---|---|---|
| | | **Current Date:** | **4/27/2026 5:55:51 AM (mm/dd/yyyy)** |
| **License Number: 0088292** | | | |
| **Business Primary Name:** | FERGUSON HOME SERVICES LLC | **License Monetary Limit:** | $10,000.00 |
| **DBA Name:** | MISTER SPARKY OF LAS VEGAS | | |
| **Mailing Address:** | 2342 SANDSTONE CLIFFS DRIVE HENDERSON, NV 89044 (617) 777-5617 | | |
| **Physical Address:** | 2342 SANDSTONE CLIFFS DRIVE HENDERSON, NV 89044 (617) 777-5617 | | |
| **Status:** | Active | | |
| **Status Date:** | 06/26/2025 (mm/dd/yyyy) | | |
| **Origin Date:** | 06/18/2021 (mm/dd/yyyy) | | |
| **Expiration Date:** | 06/30/2027 (mm/dd/yyyy) | | |
| **Business Type:** | Limited Liability Company | | |
| **Classification(s):** | C-2 Electrical | | |
| **Limitation:** | | | |

| **Principal Name** | **Relation Description** |
|---|---|
| FERGUSON, JOSHUA STEPHEN | Other |
| FERGUSON, SELINA NOELANI | Managing Member |

| **Qualified Individual(s)** | **Qualifier Type** |
|---|---|

Ex. E - 1

FERGUSON, JOSHUA STEPHEN
FERGUSON, SELINA NOELANI

Trade

CMS

## Bond

Bond Type:                Surety
Bond Number:              4262499
Bond Agent:
Surety Company:           GREAT AMERICAN INSURANCE COMPANY
Bond Amount:              $2,000.00
Effective Date:           07/03/2024 (mm/dd/yyyy)

## Disciplinary Action During Last 5 Years

Date:                   01/13/2023 (mm/dd/yyyy)
Discipline Type:        Administrative Citation
Citation Number:        C23012749
Number of Complaints:   Complaint(s) associated with this action: 1
Violations:             NRS 624.3011(1)(b) (1) Disregard or violation of building laws
Action(s):              Investigative Cost
                        Administrative Fine Assessed

Documents: [Administrative Citation (https://app.nvcontractorsboard.com/UI/Common/Intermediary/398530bc-7498-4e1d-b4a5-5d6aea24f08e.pdf)](https://app.nvcontractorsboard.com/UI/Common/Intermediary/398530bc-7498-4e1d-b4a5-5d6aea24f08e.pdf)

The information contained on these pages are provided as a courtesy and may not reflect recent changes or updates. Neither the completeness nor accuracy is guaranteed. The Nevada State Contractors Board shall have no liability or responsibility for loss and damages arising from the information provided or retrieved from these pages.

Return to Search Results        Disciplinary Action Older Than 5 Years

New Contractor License Search        New Contractor Listing Search

New Disciplinary Actions Search

Ex. E - 2