# EXHIBIT F
# Cease and Desist Notice



Lathrop GPM LLP
lathropgpm.com

600 New Hampshire Avenue, N.W.                          **Michael L. Sturm**
The Watergate – Suite 700                               Partner
Washington, DC  20037                                   michael.sturm@lathropgpm.com
Main: 202.295.2200                                      202.295.2241

May 7, 2026

**VIA EMAIL & FEDEX OVERNIGHT**

Daniel E. Ferguson
2342 Sandstone Cliffs Drive
Henderson, Nevada 89044
fdaniel314@aol.com

Daniel E. Ferguson
T and N Construction LLC
43 Avenida Avenue
Henderson, NV 89074

   **Re:**   **Mister Sparky® Franchise Agreements – Notice to Cease and Desist
       Violations of Post-Termination Covenants, Trademark Infringement and
       Unfair Competition**

Dear Mr. Ferguson:

   This firm represents Mister Sparky Franchising SPE LLC ("Mister Sparky"), the franchisor of the Mister Sparky® franchise system. We are directing this letter to you because you (i) executed a Franchise Agreement dated December 20, 2020, as Franchisee, (ii) personally guaranteed obligations arising under a Franchise Agreement dated January 13, 2022, between Mister Sparky and T and N Construction LLC, and (iii) remain bound by certain post-termination obligations.[1]

   As you are aware, under the Franchise Agreements, you were granted the right and undertook the obligation to operate a Mister Sparky® franchised business using Mister Sparky's confidential information, proprietary systems, and trademarks, and only in strict compliance with the Franchise Agreements. The Franchise Agreements were terminated for cause in a Notice of Termination dated February 13, 2026. As expressly provided in the Franchise Agreements, certain obligations—including the post-termination covenants against competition and prohibitions on the use of the Marks and Confidential Information—survive expiration or termination of the Agreements. (*See, e.g.*, Franchise Agreements §§ 14.2, 17.2.)

---

   [1] All capitalized terms not defined in this notice shall have the same definition as set forth in the Franchise Agreements.

Daniel E. Ferguson
May 7, 2026
Page 2

In signing the Franchise Agreements, you acknowledged that you would receive access to Mister Sparky's Confidential Information, including proprietary methods of operation, business systems, manuals, standards, customer and vendor information, pricing and marketing information, training materials, and other non-public business information comprising part of the Mister Sparky® System. (*Id.* §§ 1.8, 13.) You further agreed to maintain the confidentiality of such information and to use it only as authorized under the Franchise Agreements. (*Id.* § 13.)

Accordingly, you agreed that, upon termination of the Franchise Agreements, you would have no further right to use the Mister Sparky® Confidential Information or Marks in any manner. (*Id.* § 17.2.) You also agreed that you would not compete with Mister Sparky or its other franchisees by directly or indirectly owning, operating, assisting, or having any interest in any business that (i) offers electrical products or services or other products or services similar to those offered by the Franchised Businesses, or (ii) grants franchises or licenses to others to operate such businesses, or (iii) is the same or substantially similar in nature or purpose to the Franchised Businesses (other than a "Mister Sparky" business operated under a franchise agreement). You further agreed that you would not appropriate or duplicate any portion of the Mister Sparky® System for any purpose other than operating a franchised business, would not divert customers or prospective customers to any Competing Business, and would not engage in conduct harmful to the goodwill associated with the Marks and System. (*Id.* § 14.2.2.)

You also acknowledged that violations of the Franchise Agreements would cause Mister Sparky irreparable harm and expressly consented to the issuance of injunctive relief without the posting of a bond. (*Id.* § 23.3.) You agreed that the existence of any claims you may assert against Mister Sparky would not constitute a defense to enforcement of the restrictive covenants and post-termination obligations. (*Id.*) In addition, you agreed to reimburse Mister Sparky, upon demand, for all costs and expenses incurred as a result of Franchisee's breach and Mister Sparky's enforcement of the Franchise Agreements, including attorneys' fees. (*Id.* § 23.10.)

You also individually executed a Personal Guarantee, pursuant to which you agreed to be bound by the confidentiality and non-competition obligations contained in the Franchise Agreements and agreed not to use or disclose any proprietary or Confidential Information obtained through your involvement with the Franchised Business. (2022 Franchise Agreement, Personal Guarantee § 3.) You further executed a separate confidentiality and non-competition agreement in which you acknowledged that you would gain access to Confidential Information and agreed not to use or disclose such information outside the scope of the franchise relationship. (*Id.* App'x C.) You separately agreed to be personally bound by the non-competition restrictions set forth in Section 14.2.1 of the 2022 Franchise Agreement, acknowledged that enforcement of these restrictions would not deprive you of the ability to earn a living, and agreed to reimburse Mister Sparky for costs and attorneys' fees incurred in enforcing those obligations. (*Id.* §§ 3–4.)

The Franchise Agreements also provide that Mister Sparky "owns and has the right to access all Customer Data, in whatever form existing and wherever stored" and that "without request upon termination or expiration of this Agreement, you are required to promptly deliver to Franchisor all Customer Data in your possession or control, without retaining any of the Customer Data in any media." (*Id.* § 8.7.2.)

Daniel E. Ferguson
May 7, 2026
Page 3

It has recently come to Mister Sparky's attention that, notwithstanding termination, you have engaged in conduct that violates the Franchise Agreements and applicable law. Specifically, you are operating a competing electrical services business under the name "Ferguson Plumbing and Electrical Group" in direct violation of your contractual obligations. This Competing Business operates within the geographic area previously served by your former Mister Sparky® franchised business and offers substantially identical services. You have not returned, and are using, Mister Sparky's Customer Data in the operation of this unauthorized competing business.

In addition, the Ferguson Plumbing and Electrical Group Facebook page continues to display Mister Sparky's Marks and advertising materials, in violation of federal trademark law and the Franchise Agreements, and continues to identify itself as "@MisterSparkyLasVegas." The page also continues to display customer reviews attributable to Mister Sparky. Images and posts from the renamed Facebook page demonstrate continued use of Mister Sparky's federally protected trademarks to capitalize on the goodwill associated with the Mister Sparky® brand and further show that Ferguson Plumbing and Electrical Group has actively solicited, diverted, and/or performed work for former customers of the Franchised Business, in violation of Section 14.2.2 of the Franchise Agreements.

Your operation of Ferguson Plumbing and Electrical Group constitutes a clear breach of the Franchise Agreements' covenants against competition, as well as other provisions of the Franchise Agreements, including but not limited to those cited above. **Mister Sparky hereby demands that you, and all persons acting in active concert or participation with you, immediately cease and desist from these contractual violations and unlawful acts, including but not limited to: (i) ceasing to operate Ferguson Plumbing and Electrical Group and any other Competing Business; (ii) ceasing to use Mister Sparky's Confidential Information, System, and Marks in connection with any Competing Business; (iii) ceasing to divert or attempt to divert any business or customers of your former franchised Mister Sparky business to any competitor, including Ferguson Plumbing and Electrical Group; (iv) returning all Customer Data to Mister Sparky, without retaining any copies, and (v) removing from the Internet and/or social media any content that displays Mister Spark's Marks or otherwise suggests an affiliation with Mister Sparky.**

**Mister Sparky further demands that you pay all amounts due and owing to Mister Sparky, including liquidated damages in the amount of $200,000, as detailed in the February 13, 2026 Notice of Termination.**

**Please provide written confirmation of your compliance with the foregoing demands on or before May   15, 2026. Failure to comply with this deadline could result in the initiation of legal action against you. In the event of such an action, you will be responsible for payment of Mister Sparky's legal fees and expenses, in addition to your own.**

Finally, you are hereby directed to preserve all documents, electronically stored information, and communications relating in any way to the Competing Business, your former

Daniel E. Ferguson
May 7, 2026
Page 4

franchise operations, and your use of Mister Sparky® Marks, Systems, or Confidential Information.

This Notice serves to supplement all Notices previously sent to you. Nothing in this Notice constitutes a waiver of any rights that Mister Sparky may have. Mister Sparky also reserves all causes of action it may have against you.

Please contact me, or have your counsel contact me, if you would like to discuss this matter.

Sincerely,

*/s/ Michael L. Sturm*

Michael L. Sturm