Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
Caleb L. Green, Esq.
Nevada Bar No. 15234
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169
Tel. (702) 257-1483
Email: jwf@h2law.com
Email: clg@h2law.com

Michael L. Sturm, Esq.
Has complied with LR IA 11-2
Maisa Jean Frank, Esq.
Has complied with LR IA 11-2
LATHROP GPM LLP
The Watergate – Suite 700
600 New Hampshire Avenue NW
Washington, DC  20037
Telephone: (202) 295-2200
Email: michael.sturm@lathropgpm.com
Email: maisa.frank@lathropgpm.com

*Attorneys for Plaintiff*
*Mister Sparky Franchising SPE LLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MISTER SPARKY FRANCHISING SPE LLC,<br><br>Plaintiff,<br><br>v.<br><br>T AND N CONSTRUCTION LLC, DANIEL E. FERGUSON, FERGUSON HOME SERVICES LLC d/b/a FERGUSON PLUMBING AND ELECTRICAL GROUP, and JOSHUA FERGUSON,<br><br>Defendants. | Case No. 2:26-CV-01640-MMD-MDC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME**<br><br>(First Request) |

4912-3668-4471, v. 1

Plaintiff Mister Sparky Franchising SPE LLC ("Mister Sparky" or "Franchisor") and Defendants T and N Construction LLC, Ferguson Home Services LLC d/b/a Ferguson Plumbing and Electrical Group, Daniel E. Ferguson, and Joshua Ferguson, by and through their respective counsel, hereby stipulate and agree as follows:

1.      Counsel Neil J. Beller, Esq., hereby agrees to accept service of the Summonses and Complaint (ECF Nos. 1 and 4) and Plaintiff's Motion for Preliminary Injunction (ECF No. 6) on behalf of Defendants Daniel E. Ferguson and Joshua Ferguson.  Defendants T and N Construction LLC, Ferguson Home Services LLC have previously been served.  (ECF Nos. 8-11).

2.      To facilitate the parties' efforts to resolve procedural matters expeditiously and without unnecessary expense or expenditure of judicial resources, to accommodate the parties and their counsels' schedules as well as the upcoming Fourth of July holiday, and that the sole member of Ferguson Home Services, LLC has passed away and the probate to authorize a person to bind the company will not be effective until July 9, 2026, all of which constitutes good cause, the parties agree that the deadline for all Defendants—including T and N Construction, LLC; Daniel E. Ferguson; Ferguson Home Services LLC d/b/a Ferguson Plumbing and Electrical Group; and Joshua Ferguson—to answer or otherwise respond to the Complaint and the Motion for Preliminary Injunction shall be extended up to and including July 16, 2026.

///

///

///

///

///

///

///

///

///

///

///

2

4912-3668-4471, v. 1

4.    This is the first stipulation between the parties to extend the time for Defendants to respond to the Complaint and Motion.

**IT IS SO AGREED AND STIPULATED:**

By: /s/ Jonathan W. Fountain
Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
Caleb L. Green, Esq.
Nevada Bar No. 15234
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169
Tel. (702) 257-1483
Email: jwf@h2law.com
Email: clg@h2law.com

Michael L. Sturm, Esq.
Has complied with LR IA 11-2
Maisa Jean Frank, Esq.
Has complied with LR IA 11-2
LATHROP GPM LLP
The Watergate – Suite 700
600 New Hampshire Avenue NW
Washington, DC  20037
Telephone: (202) 295-2200
Email: michael.sturm@lathropgpm.com
Email: maisa.frank@lathropgpm.com

*Attorneys for Plaintiff*
*Mister Sparky Franchising SPE LLC*

By: /s/ Neil J. Beller
Neil J. Beller, Esq.
Nevada Bar No. 2360
The Law Office of Neil J. Beller
1333 N. Buffalo Dr. #210
Las Vegas, NV 89128
Tel. (702) 368-7767
Email: nbeller@njbltd.com

*Attorney for Defendants*

**IT IS SO ORDERED:**

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED: ___July 2, 2026_____

3

4912-3668-4471, v. 1