Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
Caleb L. Green, Esq.
Nevada Bar No. 15234
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169
Tel. (702) 257-1483
Email: jwf@h2law.com
Email: clg@h2law.com

Michael L. Sturm, Esq.
*Pro Hac Vice*
Maisa Jean Frank, Esq.
*Pro Hac Vice*
LATHROP GPM LLP
The Watergate – Suite 700
600 New Hampshire Avenue NW
Washington, DC  20037
Telephone: (202) 295-2200
Email: michael.sturm@lathropgpm.com
Email: maisa.frank@lathropgpm.com

*Attorneys for Plaintiff*
*Mister Sparky Franchising SPE LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MISTER SPARKY FRANCHISING SPE LLC,<br><br>Plaintiff,<br><br>v.<br><br>T AND N CONSTRUCTION LLC, DANIEL E. FERGUSON, FERGUSON HOME SERVICES LLC d/b/a FERGUSON PLUMBING AND ELECTRICAL GROUP, and JOSHUA FERGUSON,<br><br>Defendants. | Case No. 2:26-cv-01640<br><br>**ORDER GRANTING STIPULATION TO ENTERING INJUNCTION BY CONSENT** |

In order to resolve the pending Motion for Preliminary Injunction (ECF No. 6), filed by Plaintiff Mister Sparky Franchising SPE LLC ("Mister Sparky"), Mister Sparky and Defendants T and N Construction LLC, Daniel E. Ferguson, Ferguson Home Services LLC d/b/a Ferguson Plumbing and Electrical Group, and Joshua Ferguson (collectively, "Defendants"), hereby stipulate and agree, through their respective counsel, to the following Order Entering Injunction.

Upon the Court's review of Mister Sparky's Motion for Preliminary Injunction and the

HOWARD & HOWARD ATTORNEYS PLLC

papers and pleadings on file in this action, the Court finds that the parties have consented to the entry of this injunction, that good cause exists for entry of the requested relief, and that entry of the stipulated injunction is appropriate and consistent with Federal Rule of Civil Procedure 65. Accordingly, the Court hereby FINDS as follows:

1. As set out in the Complaint, this is a franchise dispute. Mister Sparky and Defendants T and N Construction LLC ("T and N Construction") and Daniel E. Ferguson were parties to two Franchise Agreements, which licensed the use of certain trademarks and systems for specified territories in the Las Vegas area for the establishment of a Mister Sparky® business offering residential electrical services, including maintenance, repair, and replacement services (the "Franchised Business"). Daniel E. Ferguson personally guaranteed the obligations of Defendant T and N Construction under the 2022 Franchise Agreement.

2. Mr. Sparky alleges that the Franchise Agreements were terminated for cause, after notice of default and an opportunity to cure, in February 2026. Since that time, Mister Sparky alleges that Defendants have continued to offer residential electrical services through a competing business. Mister Sparky alleges that the operation of this competing business violates the limited post-termination obligations not to compete contained in the Franchise Agreements (ECF No. 6-2 at p. 25 of 86, ¶ 14.2, at p. 48 of 86; ECF No. 6.3 at p. 25 of 86, ¶ 14.2, at p. 48 of 86) and that Defendants have also used Mister Sparky's registered marks in the operation of the competing business.

3. Mister Sparky initiated this action on May 29, 2026, to obtain an injunction to prevent Defendants from allegedly infringing on its trademarks and to enforce the post-termination obligations in the Franchise Agreements. (*See generally* ECF No. 1.) On June 2, 2026, Mister Sparky filed a Motion for Preliminary Injunction. (ECF No. 6.) Defendants T and N Construction and Ferguson Home Services have been served with the Complaint and Motion for Preliminary Injunction (ECF Nos. 8-11.) Pursuant to a stipulation of the parties, counsel accepted accept service of the Complaint and Motion on behalf of individual Defendants Daniel Ferguson and Joshua Ferguson. (ECF No. 20.)

4. Based upon its review of the file, and the parties' stipulations contained herein, the

Court concludes that it has jurisdiction over the subject matter of this action and the parties, that the Stipulation for Entry of Injunction arises out of and resolves a dispute within this Court's subject matter jurisdiction.

5.    To obtain an injunction, a plaintiff "must establish that he is likely to succeed on the merits, that he is likely to suffer irreparable injury in the absence of preliminary relief, that the balance of equities tips in his favor, and that an injunction is in the public interest." *Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 24 (2008). The Court finds, based upon the stipulation of the parties, that Mister Sparky has demonstrated for purposes of this stipulation only that: (i) it is likely to succeed on the merits of its breach of contract and trademark infringement claims against Defendants; (ii) Mister Sparky will be irreparably harmed absent injunctive relief, including harm to the trademarks it owns and licenses, brand goodwill, and franchise system integrity; (iii) the balance of equities is in Mister Sparky's favor, as any harm to Defendants is based upon a failure to comply with contractual obligations, and Defendants may continue offering plumbing services which do not compete with the services offered by Mister Sparky franchised businesses; and (iv) the public interest weighs in favor of granting injunctive relief to prevent consumer confusion, enforce contractual obligations, and protect the integrity of trademarks and franchise systems.

6.    The Stipulating Parties acknowledge that any facts or conclusions in this stipulation relate only to Plaintiff's request for injunctive relief and does not constitute a final adjudication of liability or damages. Thus, the findings and conclusions of this Order Entering Injunction by Consent are not determinations on the merits of this Case and are not the law of the case for purposes of litigation on the merits of the Case moving forward. Nothing in this Stipulation shall be construed as a waiver by any party of any claim, defense, argument, or position in this litigation.

Accordingly, it is hereby ORDERED that:

1.    Pursuant to Federal Rule of Civil Procedure 65, Defendants, and all others in active concert or participation with them, are ENJOINED and required to comply with the post-termination obligations as provided in the Franchise Agreements, including:

a.    Ceasing to use or employ any of Mister Sparky's trademarks, trade names,

HOWARD & HOWARD ATTORNEYS PLLC

3

service marks, logos, or any other name, designation, or mark which is deceptively or confusingly similar to, or likely to cause confusion with, any of Mister Sparky's Marks in connection with the operation, promotion, or advertising of any business—including but not limited to those trademarks bearing United States Trademark Registration Nos. 5792073, 2334568, 3534718, 3518891, and 3328568;

b.      Ceasing the operation of, and refraining from owning, maintaining, operating, engaging in, investing in, being employed by, providing assistance to, or having any interest in, for a period of two (2) years from the date of this Order, any Competing Business that is located in or serves customers within (i) the formerly franchised Territories, (ii) forty (40) miles of the formerly franchised Territories, (iii) any zip code where Franchisees' Franchised Business served customers during the term, (iv) the territory of any other currently existing Franchised Businesses plus the area formed by extending the boundaries of that territory ten (10) miles in all directions, or (v) the territory served by any business operated by Mister Sparky, its affiliates or their licensees under the marks at such time plus the area formed by extending the boundaries of that territory ten (10) miles in all directions;

c.      For purposes of this Order, a Competing Business is defined as any business that (i) offers electrical products or services or other products or services similar to those offered by the Franchised Business, or (ii) grants franchises or licenses to others to operate such businesses, or (iii) is the same or substantially similar in nature or purpose to the Franchised Business (other than a "Mister Sparky" business operated under a franchise agreement); and

d.      To the extent it has not already done so, immediately returning to Mister Sparky all Customer Data from the Franchised Business, in whatever form and wherever stored, permanently deleting all copies of such Customer Data in their possession, custody, or control, and ceasing all access to and use of such Customer Data.

2.      Nothing in this Order prohibits Defendants from offering plumbing services, provided such services are offered without use of Mister Sparky's Marks, Customer Data, or Confidential Information.

3.      This Order shall remain in effect for a period of two (2) years from the date of

entry of this Order, unless otherwise modified by the Court.

4. No bond shall be required at this time. The parties have stipulated to entry of this injunction, and the Court finds that a waiver of bond is appropriate and sufficient under Federal Rule of Civil Procedure 65(c).

5. Mister Sparky's Motion for Preliminary Injunction (ECF No. 6) shall be denied as moot in light of this Stipulated Order.

**IT IS SO STIPULATED:**

HOWARD & HOWARD ATTORNEYS PLLC

By: /s/ Jonathan W. Fountain
Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
Caleb L. Green, Esq.
Nevada Bar No. 15234
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169
Tel. (702) 257-1483
Email: jwf@h2law.com
Email: clg@h2law.com

LATHROP GPM LLP
Michael L. Sturm, Esq.
Has Complied with LR IA 11-2
Maisa Jean Frank, Esq.
Has Complied with LR IA 11-2
The Watergate – Suite 700
600 New Hampshire Avenue NW
Washington, DC  20037
Telephone: (202) 295-2200
Email: michael.sturm@lathropgpm.com
Email: maisa.frank@lathropgpm.com

*Attorneys for Plaintiff*
*Mister Sparky Franchising SPE LLC*

THE LAW OFFICE OF NEIL J. BELLER

By: /s/ Neil J. Beller
Neil J. Beller, Esq.
Nevada Bar No. 2360
1333 N. Buffalo Dr. #210
Las Vegas, NV 89128
Tel. (702) 368-7767
Email: nbeller@njbltd.com

CORY READE DOWS AND SHAFER
P. Rowland Graff, Esq.
Nevada Bar No. 015050
1333 North Buffalo Drive, Suite 210
Las Vegas, Nevada 89128
Telephone: (702) 794-4411
rgraff@crdslaw.com

*Attorney for Defendants*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED:____July 16, 2026_____

5