Neil J. Beller, Esq.
Nevada Bar No. 2360
THE LAW OFFICE OF NEIL J. BELLER
1333 N. Buffalo Dr. #210
Las Vegas, NV 89128
Tel. (702) 368-7767
Email: nbeller@njbltd.com

P. Rowland Graff, Esq.
CORY READE DOWS AND SHAFER
Nevada Bar No. 015050
1333 North Buffalo Drive, Suite 210
Las Vegas, Nevada 89128
Telephone: (702) 794-4411
rgraff@crdslaw.com
*Attorney for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

MISTER SPARKY FRANCHISING SPE LLC,

Plaintiff,

v.

T AND N CONSTRUCTION LLC, DANIEL E. FERGUSON, FERGUSON HOME SERVICES LLC d/b/a FERGUSON PLUMBING AND ELECTRICAL GROUP, and JOSHUA FERGUSON,

Defendants.

Case No. 2:26-CV-01640-MMD-MDC

**STIPULATION AND ORDER FOR EXTENSION OF TIME**

(Second Request)

Plaintiff Mister Sparky Franchising SPE LLC and Defendants T and N Construction LLC, Ferguson Home Services LLC d/b/a Ferguson Plumbing and Electrical Group, Daniel E. Ferguson, and Joshua Ferguson, by and through their respective counsel, hereby stipulate and agree as follows:

1. To facilitate the parties' efforts to resolve this case expeditiously and without unnecessary expense or expenditure of judicial resources, the Parties recently filed a Stipulated Injunction for the Court's consideration. Upon entry, this would resolve equitable aspects of the case.

2. The Parties have continued with good faith discussions to resolve the remainder of the case but do not anticipate being able to complete those discussions before Defendants' Answer is presently due on July 16, 2026. In order to focus the parties' work on settlement and conserve

judicial resources, all of which constitute good cause, the parties agree that the deadline for all Defendants—including T and N Construction, LLC; Daniel E. Ferguson; Ferguson Home Services LLC d/b/a Ferguson Plumbing and Electrical Group; and Joshua Ferguson—to answer or otherwise respond to the Complaint shall be extended up to and including July 30, 2026.

4. This is the second stipulation between the parties to extend the time for Defendants to respond to the Complaint.

**IT IS SO AGREED AND STIPULATED:**

By: /s/ Jonathan W. Fountain
Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
Caleb L. Green, Esq.
Nevada Bar No. 15234
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169
Tel. (702) 257-1483
Email: jwf@h2law.com
Email: clg@h2law.com

Michael L. Sturm, Esq.
Has complied with LR IA 11-2
Maisa Jean Frank, Esq.
Has complied with LR IA 11-2
LATHROP GPM LLP
The Watergate – Suite 700
600 New Hampshire Avenue NW
Washington, DC 20037
Telephone: (202) 295-2200
Email: michael.sturm@lathropgpm.com
Email: maisa.frank@lathropgpm.com
*Attorneys for Plaintiff*
*Mister Sparky Franchising SPE LLC*

By: /s/ P. Rowland Graff
Neil J. Beller, Esq.
Nevada Bar No. 2360
The Law Office of Neil J. Beller
1333 N. Buffalo Dr. #210
Las Vegas, NV 89128
Tel. (702) 368-7767
Email: nbeller@njbltd.com

CORY READE DOWS AND SHAFER
P. Rowland Graff, Esq.
Nevada Bar No. 015050
1333 North Buffalo Drive, Suite 210
Las Vegas, Nevada 89128
Telephone: (702) 794-4411
rgraff@crdslaw.com
*Attorney for Defendants*

**IT IS SO ORDERED:**

Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED: July 30, 2026