Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
Caleb L. Green, Esq.
Nevada Bar No. 15234
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169
Tel. (702) 257-1483
Email: jwf@h2law.com
Email: clg@h2law.com

Michael L. Sturm, Esq.
Has complied with LR IA 11-2
Maisa Jean Frank, Esq.
Has complied with LR IA 11-2
LATHROP GPM LLP
The Watergate – Suite 700
600 New Hampshire Avenue NW
Washington, DC 20037
Telephone: (202) 295-2200
Email: michael.sturm@lathropgpm.com
Email: maisa.frank@lathropgpm.com

*Attorneys for Plaintiff*
*Mister Sparky Franchising SPE LLC*

HOWARD & HOWARD ATTORNEYS PLLC

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MISTER SPARKY FRANCHISING SPE LLC,<br><br>Plaintiff,<br><br>v.<br><br>T AND N CONSTRUCTION LLC, DANIEL E. FERGUSON, FERGUSON HOME SERVICES LLC d/b/a FERGUSON PLUMBING AND ELECTRICAL GROUP, and JOSHUA FERGUSON,<br><br>Defendants. | Case No. 2:26-CV-01640-MMD-MDC<br><br>**ORDER GRANTING STIPULATION TO STAY CASE PENDING COMPLETION OF SETTLEMENT** |

Plaintiff Mister Sparky Franchising SPE LLC ("Mister Sparky") and Defendants T and N Construction LLC, Ferguson Home Services LLC d/b/a Ferguson Plumbing and Electrical Group,

Daniel E. Ferguson, and Joshua Ferguson (collectively, "Defendants"), by and through their respective counsel, hereby jointly move the Court to stay this case, and all case deadlines, for sixty (60) days while the parties complete obligations and finalize a settlement of this matter. In support of their motion, the parties state as follows:

1. Mister Sparky filed its Complaint against Defendants on May 29, 2026. (ECF No. 1.) It filed a Motion for Preliminary Injunction on June 2, 2026. (ECF No. 6.)

2. Subsequently, the parties have worked together to resolve the issues raised in the Complaint and Motion for Preliminary Injunction.

3. On July 15, 2026, the parties filed a Stipulation and Proposed Order Entering Injunction by Consent (ECF No. 22), which resolved the Motion for Preliminary Injunction. The Court entered the stipulated injunction on July 16, 2026. (ECF No. 23.)

4. Following entry of the stipulated injunction, the parties began their efforts to resolve the remaining issues in the case. The parties recently reached an agreement do so. Pursuant to the terms agreed upon by the parties, the parties expect to complete certain obligations within sixty (60) days, and to be in a position to dismiss this case shortly thereafter, with the previously agreed injunction remaining in effect. Thus, good cause exists to stay the case while the parties complete the settlement.

5. In order to avoid incurring additional and unnecessary attorneys' fees, and to avoid the expenditure of additional time on this matter by the Court, the parties request that the Court stay this case, and all case deadlines, for a period of sixty (60) days.

6. This request is not being made for delay, but to conserve the resources and time of the parties and the Court, and to promote judicial economy. The case is still in the pleading stage, the parties have not yet begun discovery or made a discovery plan, and there is no scheduling order in place. A sixty (60) day stay would not prejudice any party; instead, it would allow the parties to focus their attention on resolving this matter.

///

///

///

WHEREFORE, the parties jointly request that the Court enter an order staying the case, and all case deadlines or proceedings, for sixty (60) days, and grant any further relief that the Court deems just and proper.

STIPULATED AND AGREED THIS 10th DAY OF AUGUST 2026:

By: /s/ Jonathan W. Fountain
Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
Caleb L. Green, Esq.
Nevada Bar No. 15234
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169
Tel. (702) 257-1483
Email: jwf@h2law.com
Email: clg@h2law.com

Michael L. Sturm, Esq.
Has complied with LR IA 11-2
Maisa Jean Frank, Esq.
Has complied with LR IA 11-2
LATHROP GPM LLP
The Watergate – Suite 700
600 New Hampshire Avenue NW
Washington, DC 20037
Telephone: (202) 295-2200
Email: michael.sturm@lathropgpm.com
Email: maisa.frank@lathropgpm.com

*Attorneys for Plaintiff*
*Mister Sparky Franchising SPE LLC*

By: /s/ Neil J. Beller
Neil J. Beller, Esq.
Nevada Bar No. 2360
The Law Office of Neil J. Beller
1333 N. Buffalo Dr. #210
Las Vegas, NV 89128
Tel. (702) 368-7767
Email: nbeller@njbltd.com

CORY READE DOWS AND SHAFER
P. Rowland Graff, Esq.
Nevada Bar No. 015050
1333 North Buffalo Drive, Suite 210
Las Vegas, Nevada 89128
Telephone: (702) 794-4411
rgraff@crdslaw.com

*Attorneys for Defendants*

**IT IS SO ORDERED:**



UNITED STATES DISTRICT JUDGE

DATED: August 11, 2026

HOWARD & HOWARD ATTORNEYS PLLC