Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
Caleb L. Green, Esq.
Nevada Bar No. 15234
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169
Tel. (702) 257-1483
Email: jwf@h2law.com
Email: clg@h2law.com

Michael L. Sturm, Esq.
Has complied with LR IA 11-2
Maisa Jean Frank, Esq.
Has complied with LR IA 11-2
LATHROP GPM LLP
The Watergate – Suite 700
600 New Hampshire Avenue NW
Washington, DC 20037
Telephone: (202) 295-2200
Email: michael.sturm@lathropgpm.com
Email: maisa.frank@lathropgpm.com

*Attorneys for Plaintiff*
*Mister Sparky Franchising SPE LLC*

HOWARD & HOWARD ATTORNEYS PLLC

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MISTER SPARKY FRANCHISING SPE LLC,<br><br>Plaintiff,<br><br>v.<br><br>T AND N CONSTRUCTION LLC, DANIEL E. FERGUSON, FERGUSON HOME SERVICES LLC d/b/a FERGUSON PLUMBING AND ELECTRICAL GROUP, and JOSHUA FERGUSON,<br><br>Defendants. | Case No. 2:26-CV-01640-MMD-MDC<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL AND ENTRY OF PERMANENT INJUNCTION** |

Plaintiff Mister Sparky Franchising SPE LLC ("Mister Sparky") and Defendants T and N Construction LLC, Ferguson Home Services LLC d/b/a Ferguson Plumbing and Electrical Group, Daniel E. Ferguson, and Joshua Ferguson (collectively, "Defendants"), by and through their respective counsel, having finalized a settlement of this matter, hereby stipulate and agree to the following Order of Dismissal and Entry of Permanent Injunction.

Upon the Court's review of the documents on file in this action, the Court finds that the parties have consented to this Order of Dismissal and Entry of Permanent Injunction, and that good cause exists for the requested relief. Accordingly, the Court hereby FINDS as follows:

1. Mister Sparky filed its Complaint against Defendants on May 29, 2026. (ECF No. 1.) It filed a Motion for Preliminary Injunction on June 2, 2026. (ECF No. 6.)

2. Subsequently, the parties worked together to resolve the issues raised in the Complaint and Motion for Preliminary Injunction. On July 15, 2026, the parties filed a Stipulation and Proposed Order Entering Injunction by Consent (ECF No. 22), which resolved the Motion for Preliminary Injunction. The Court entered the stipulated injunction on July 16, 2026. (ECF No. 23.)

3. Following entry of the stipulated injunction, the parties reached a settlement of the case, and executed a written settlement agreement, in which the parties agreed that the previously entered injunction would remain in effect. The parties moved to stay the case while Defendants completed their monetary obligations under the settlement, and the Court entered the stay on August 11, 2026. (ECF No. 29.)

4. With Defendants having fulfilled their monetary obligations under the settlement, the parties now stipulate to the dismissal of this action, with the previously entered injunction remaining in effect.

Accordingly, it is hereby ORDERED that:

1. Consistent with the injunction entered on July 16, 2026, pursuant to Federal Rule of Civil Procedure 65, Defendants, and all others in active concert or participation with them, are ENJOINED and required to comply with the post-termination obligations as provided in the Franchise Agreements, including:

a. Ceasing to use or employ any of Mister Sparky's trademarks, trade names, service marks, logos, or any other name, designation, or mark which is deceptively or confusingly similar to, or likely to cause confusion with, any of Mister Sparky's Marks in connection with the operation, promotion, or advertising of any business—including but not limited to those trademarks bearing United States Trademark Registration Nos. 5792073, 2334568, 3534718, 3518891, and 3328568;

b. Until July 16, 2028, two (2) years from entry of the Court's Order Entering Injunction (ECF No. 23), ceasing the operation of, and refraining from owning, maintaining, operating, engaging in, investing in, being employed by, providing assistance to, or having any interest in, any Competing Business that is located in or serves customers within (i) the formerly franchised Territories, (ii) forty (40) miles of the formerly franchised Territories, (iii) any zip code where Franchisees' Franchised Business served customers during the term, (iv) the territory of any other currently existing Franchised Businesses plus the area formed by extending the boundaries of that territory ten (10) miles in all directions, or (v) the territory served by any business operated by Mister Sparky, its affiliates or their licensees under the marks at such time plus the area formed by extending the boundaries of that territory ten (10) miles in all directions;

c. For purposes of this Order, a Competing Business is defined as any business that (i) offers electrical products or services or other products or services similar to those offered by the Franchised Business, or (ii) grants franchises or licenses to others to operate such businesses, or (iii) is the same or substantially similar in nature or purpose to the Franchised Business (other than a "Mister Sparky" business operated under a franchise agreement); and

d. To the extent it has not already done so, immediately returning to Mister Sparky all Customer Data from the Franchised Business, in whatever form and wherever stored, permanently deleting all copies of such Customer Data in their possession, custody, or control, and ceasing all access to and use of such Customer Data.

2. Nothing in this Order prohibits Defendants from offering plumbing services,

HOWARD & HOWARD ATTORNEYS PLLC

provided such services are offered without use of Mister Sparky's Marks, Customer Data, or Confidential Information.

3. The Court will retain jurisdiction over this civil action solely for purposes of enforcing the foregoing injunction.

4. The case is otherwise dismissed with prejudice, with each side to bear its own costs.


HOWARD & HOWARD ATTORNEYS PLLC

By: /s/ Jonathan W. Fountain
Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
Caleb L. Green, Esq.
Nevada Bar No. 15234
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169
Tel. (702) 257-1483
Email: jwf@h2law.com
Email: clg@h2law.com

LATHROP GPM LLP

Michael L. Sturm, Esq.
Has complied with LR IA 11-2
Maisa Jean Frank, Esq.
Has complied with LR IA 11-2
The Watergate – Suite 700
600 New Hampshire Avenue NW
Washington, DC 20037
Tel. (202) 295-2200
Email: michael.sturm@lathropgpm.com
Email: maisa.frank@lathropgpm.com

*Attorneys for Plaintiff*
*Mister Sparky Franchising SPE LLC*

THE LAW OFFICE OF NEIL J. BELLER

By: /s/ Neil J. Beller
Neil J. Beller, Esq.
Nevada Bar No. 2360
1333 N. Buffalo Dr. #210
Las Vegas, NV 89128
Tel. (702) 368-7767
Email: nbeller@njbltd.com

CORY READE DOWS AND SHAFER

P. Rowland Graff, Esq.
Nevada Bar No. 15050
1333 North Buffalo Dr., Suite 210
Las Vegas, Nevada 89128
Tel. (702) 794-4411
Email:rgraff@crdslaw.com

*Attorneys for Defendants*
*T and N Construction LLC,*
*Daniel E. Ferguson,*
*Ferguson Homes Services LLC d/b/a/*
*Ferguson Plumbing and Electrical Group,*
*and Joshua Ferguson*


**IT IS SO ORDERED:**



UNITED STATES DISTRICT JUDGE

DATED: October 7, 2026